1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RODNEY BANKS,                              No. 1:20-cv-00845-NONE-JLT (PC)

12                    Plaintiff,                 ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS AND DISMISSING
13          v.                                   ACTION FOR FAILURE TO STATE A
                                                 CLAIM
14    BROWN, et al.,
                                                 (Doc. No. 12)
15                    Defendants.

16

17          Plaintiff Rodney Banks is a state prisoner proceeding *pro se* and *in forma pauperis* in this

18    civil rights action brought under 42 U.S.C. § 1983.  This matter was referred to a United States

19    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On October 25, 2021, the assigned magistrate judge issued findings and

21    recommendations, recommending that this action be dismissed for failure to state a claim on

22    which relief can be granted.  (Doc. No. 12.)  The magistrate judge found that, given that plaintiff

23    had received two opportunities to amend his complaint, granting further leave to amend would be

24    futile.  (*Id.* at 6.)  The findings and recommendations were served on plaintiff and provided him

25    21 days to file objections thereto.  (*Id.*)  Plaintiff has not filed any objections, and the time to do

26    so has passed.

27          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

28    *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings

1    and recommendations to be supported by the record and proper analysis.

2         Accordingly,

3         1.    The findings and recommendations issued on October 25, 2021 (Doc. No. 12) are

4               adopted in full;

5         2.    This action is dismissed due to plaintiff's failure to state a claim on which relief

6               can be granted; and,

7         3.    The Clerk of the Court is directed to assign a district judge to this action for

8               purposes of closure and to close this case.

9    IT IS SO ORDERED.

10        Dated:   **December 8, 2021**                    _____

11                                                          UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28